# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>      v.<br><br>MARCO ANTONIO CANALES GONZALEZ,<br><br>                           Defendant. | Case No. 22CR1340-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (Fentanyl) (Felony) |
|---|---|

The United States Attorney charges:

On or about May 20, 2022, within the Southern District of California, defendant, MARCO ANTONIO CANALES GONZALEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/31/2022.

RANDY S. GROSSMAN
United States Attorney

PAMELA P. ATAII
Special Assistant U.S. Attorney

PPA:az:5/31/2022