# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 22-CR01340-DMS |
|---|---|
| Plaintiff, | ORDER CONTNUING MOTION HEARING |
| v. | |
| MARCO ANTONIO CANALES GONZALEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant, MARCO ANTONIO CANALES GONZALEZ's motion hearing and trial setting currently scheduled for November 10, 2022, be continued to January 13, 2023 at 11:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(D), (7). The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act in the interests of justice to allow Defendant to plea guilty.

IT IS SO ORDERED.

DATED: 11/08/22

Hon. Dana M. Sabraw
United States District Judge

ORDER CONTINUING MOTION HEARING AND TRIAL SETTING DATE

ORDER CONTINUING MOTION HEARING AND TRIAL SETTING DATE