**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO CANALES GONZALEZ,<br><br>                    Defendant. | Case No. 22-CR-01340-DMS<br><br>**I N F O R M A T I O N**<br>**SUPERSEDING**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of Cocaine<br>(Felony) |

The United States Attorney charges:

On or about May 20, 2022, within the Southern District of California, defendant, MARCO ANTONIO CANALES GONZALEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/11/2022.

RANDY S. GROSSMAN
United States Attorney

PAMELA P. ATAII
Special Assistant U.S. Attorney

PPA:10/11/2022